IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: October 30, 2009

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15011/1100120620

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Paul A. Culver<br>　　　　Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust 2005-6<br>　　　　Movant,<br>　vs.<br><br>Paul A. Culver, Debtor, Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-12392-SSC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #23) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 12, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust 2005-6 is the current beneficiary and Paul A. Culver has an interest in, further described as:

> PARCEL NO.1:
> The Northwest quarter of the Southeast quarter of the Northeast quarter of the Southeast quarter ofSection 30, Township 5 North, Range I West of the Gila and Salt River Base and Meridian, MaricopaCounty, Arizona.
> PARCEL NO.2:
> An undivided interest in and to the West 165 feet of the South 100 feet of the North half of the Southwestquarter of the Southwest quarter of the Southeast quarter of Section 25, Township 5 North, Range 2 Westof the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT